**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rafael REYES–QUINTERO, a/k/a Rafael Martinez–Martinez, Defendant–Appellant.**

**No. 05–50714.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2008.[*]

Filed July 31, 2008.

U.S. Attorney, USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Wendy S. Gerboth, Esq., Law Office of Wendy Gerboth, San Diego, CA, for Defendant–Appellant.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Rafael Reyes–Quintero appeals from the 70–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Reyes–Quintero contends that the district court erred at sentencing by failing to consider the factors set forth in 18 U.S.C. § 3553(a), and by failing to provide sufficient reasons for the sentence it imposed. He also contends that his sentence is unreasonable in light of the § 3553(a) factors. We conclude that the district court did not commit procedural error and that Reyes–Quintero's sentence is substantively reasonable. *See Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2468–69, 168 L.Ed.2d 203 (2007); *Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 600–02, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,* 520 F.3d 984, 995–96 (9th Cir. 2008) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.